Day R. Williams
Attorney at Law
Nevada Bar No. 4418
1601 Fairview Dr. #C
Carson City, NV   89701-5860
day_williams@sbcglobal.net
Phone: 775/885-8398
Fax: 775/885-2134
Attorney for Plaintiff
DAN OCHSENSCHLAGER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

DAN OCHSENSCHLAGER,

     Plaintiff,

v.

CONSOLIDATED MUNICIPALITY
OF CARSON CITY,

     Defendants.
_____/

Case No.

**COMPLAINT**

    Plaintiff DAN OCHSENSCHLAGER, through counsel, Day R. Williams, Attorney at Law, complains and alleges as follows:

    1.    Plaintiff sues under the Fair Labor Standards Act (FLSA) for back pay as a canine handler for the Carson City Sheriff.

    2.    Plaintiff resides in Carson City, Nevada.

    3.    The Consolidated Municipality of Carson City is a political subdivision of the State of Nevada. This action arises under federal statutes, the FLSA. The wrongful acts took place in northern Nevada.

    4.    This Court has jurisdiction under 28 U.S.C. § 1331, which provides as follows: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775/885-8398    X:\Office Files\clients_n-z\Ochsenschlager Dan\Complaint FLSA.wpd    1

5.    Venue is proper under 28 U.S.C. § 1391 in that the parties reside or do business in the Northern District of Nevada, and the action arises in the Northern District of Nevada.

6.    Plaintiff demands a trial by jury on all issues so triable.

7.    Plaintiff worked as a deputy for the Carson City Sheriff's Office (CCSO) from July 13, 2001 to November 2014.

8.    Plaintiff was a canine handler for CCSO for 6 ½ years. The dog retired on December 28, 2013.

9.    The City knew that the Department should pay for canine time, as shown by the federal case of *Leever v. Carson City*, CCSO's Policy Manual for the canine program, the collective bargaining agreement, and seminars conducted by Terry Fleck. The City's violations of the FLSA were willful.

10.   Plaintiff was not compensated for canine handling. He should have received 1.0 hour off per work day to care and maintain and train the dog. Plaintiff worked four 10-hours shifts per week. Since he did not receive 1.0 hour off per day to care and maintain and train the dog, he had to care and maintain and train the dog after duty, so he should receive back pay at 4.0 hours per week at time and one-half for the period he handled the canine.

11.   The FLSA requires employers to pay overtime wages equal to one and one-half times the employee's regular rate for work performed in excess of 40 hours per week. 29 U.S.C. § 207(a). The City violated the FLSA.

12.   Plaintiff has suffered damages and should be compensated for 82 (eighty-two) weeks of back pay. He should also receive his fees, costs, pre-judgment interest and such other relief as the Court deems reasonable and necessary.

DATED this 5th day of March, 2015.

Day Williams

DAY R. WILLIAMS
Attorney at Law
Attorney for Plaintiff
DAN OCHSENSCHLAGER

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775\885-8398    X:\Office Files\clients_n-z\Ochsenschlager Dan\Complaint FLSA.wpd    2

1
2
3
4

### VERIFICATION OF DAN OCHSENSCHLAGER

5  STATE OF NEVADA   )
                              :ss
6  CARSON CITY        )

7      I, DAN OCHSENSCHLAGER, declare under penalty of perjury that:

8      I am the Plaintiff herein. The facts stated in the pleading are true and accurate. As to

9  those facts stated on information and belief, I believe them to be true.

10
11
12                                          DAN OCHSENSCHLAGER

13  Subscribed and sworn to before me

    this 5th day of March, 2015

14  by DAN OCHSENSCHLAGER.

15
16  NOTARY PUBLIC
17
18                        ROBIN A. WILLIAMS
                          NOTARY PUBLIC
19                        STATE OF NEVADA
                          APPT No. 94-3167-3
20                        MY APPT EXPIRES FEB 19, 2018

21
22
23
24
25
26
27
28

DAY R. WILLIAMS
ATTORNEY AT LAW
1601 FAIRVIEW DR. #C
CARSON CITY, NV
89701-5860
775\885-8398          X:\Office Files\clients_n-z\Ochsenschlager Dan\Complaint FLSA.wpd          3