JASON WOODBURY
DISTRICT ATTORNEY
Nevada Bar Number: 6870
JOSEPH L. WARD, JR.
Deputy District Attorney
Nevada Bar No: 1032
885 E. Musser Street, Suite 2030
Carson City, Nevada 89701
(775) 887-2010
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAN OCHSENSCHLAGER,<br><br>  Plaintiff,<br><br>  v.<br><br>CARSON CITY, a consolidated municipality and political subdivision of the State of Nevada,<br><br>  Defendant. | Case No. 3:15-cv-00140-HDM-VPC |

**STIPULATION AND ORDER**

Defendant CARSON CITY ("City"), including its Sheriff's Office, by and through counsel of record JASON WOODBURY, District Attorney, and JOSEPH L. WARD, JR., Deputy District Attorney, and Plaintiff DAN OCHSENSCHLAGER (Plaintiff) individually and by and through his attorneys DAY R. WILLIAMS, Esq. and NATALIA VANDER LAAN, Esq. hereby enter into this stipulation and order to settle the instant case. The parties stipulate and agree as follows:

1. On March 6, 2015 the instant action was commenced by the filing of the Complaint. An Amended Complaint was filed on March 27, 2015. The Second Amended Complaint was filed herein on May 15, 2015.

2. On July 1, 2015 the parties hereto participated in a Confidential Early Neutral Evaluation with U.S. Magistrate Judge William G. Cobb, resulting in an agreement to settle

1

this case by the City paying to Plaintiff's counsel a check, made out to the Day R. Williams Client Trust Account, EIN 88-0327915, for Eighteen Thousand Five Hundred Dollars ($18,500.00).

3. The parties hereto understand and agree that the payment of such sum to Plaintiff's counsel as set forth in the preceding paragraph shall be the full, complete and final payment to Plaintiff settling this case -- inclusive of any and all damages, fees, costs and/or pre-judgment or pre-award interest. The disposition of this case, hereby, shall not be construed as an admission of liability, as an admission that any claim or cause of action in this matter has merit or otherwise suggest that a violation of any right occurred.

4. Upon payment by the City in accordance with paragraph 2 above, the parties agree to submit this stipulation and order to the Court and have this case dismissed with prejudice. Upon entry of the Order below, the Second Amended Complaint shall be deemed dismissed with prejudice.

5. Each party shall be responsible for their own costs, expenses and attorneys' fees in connection with this matter.

6. By way of this stipulation and order, no party makes an admission or otherwise waives any right and this disposition shall have no precedential value.

7. Each party mutually releases, acquits, and discharges the other from any and all claims, actions, causes of actions, demands, costs and expenses, existing either directly or indirectly, known and unknown, on account of or in any way growing out of or connected with this matter or otherwise connected with Plaintiff's employment or employment opportunities with the City. Plaintiff's workers' compensation or retirement related rights are not part of or affected by this stipulation and order.

8. Plaintiff, on his behalf and on behalf of any form of business or organization he is involved in, including but not limited to corporation(s), partnership(s), association(s), trust(s), or unincorporated organization(s), including his heirs, executors, administrators, successors and assigns, hereby fully, finally and completely releases and forever discharges Carson City, including its Sheriff's Office, together with all of their respective officials, officers,

Office of the District Attorney
Carson City, Nevada
885 East Musser St., Suite 2030, Carson City, Nevada 89701
Tel.: (775) 887-2070 Fax: (775) 887-2129

directors, employees, and agents (the "Released Parties"), of and from and waive to the maximum extent permitted by law, all claims, demands, liabilities, damages, actions, causes of action, costs and expenses of every kind whatsoever, past, present, and future, whether known or unknown, arising out of or relating to his employment or employment opportunities with Carson City and its Sheriff's Office as of and prior to the effective date of this stipulation and order, which are known or unknown at this time. With the exception of Plaintiff's workers' compensation or retirement rights, which are not affected by this stipulation and order, this release includes without limitation:

   a. Claims in connection with the instant stipulation and order or his employment or any pre-employment relationship with the City, including its Sheriff's Office, the terms and conditions of such employment, and the employment practices of the City and/or its Sheriff's Office.

   b. Claims of any nature whatsoever that may be raised under any federal, state or local law, constitution, statute, regulation or any other legal theory in connection with the foregoing.

   c. Claims of discrimination on the basis of race, religion, sex, age, color, national origin, ancestry, disability, medical condition, military veteran status or other employment claims recognized under federal, state or local law for injury to Plaintiff, including, but not limited to, any claim arising under the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act, as amended, the Americans with Disabilities Act and any other federal, state, and/or local anti-discrimination laws in connection with the foregoing.

9.   If any party hereto is required to institute legal action to enforce their rights and privileges hereunder or to have the meaning of any terms, provisions and conditions over which there is a dispute, declared and determined by a court of law, the prevailing party in any final judgment shall be entitled to all court costs and reasonable attorney fees as determined by the court.

10.  Except as set forth herein, this is the entire settlement agreement of the parties as evidenced by this stipulation and order and no promise, inducement or representation other than herein set forth has been made, offered or agreed upon. The terms hereof and the release are contractual and not a mere recital. This is a compromise settlement of a disputed claim and not an admission by any party. The parties agree that each has had their

respective counsel review this document and further agree that it shall be construed as if it was jointly drafted.

11. This stipulation and order shall be governed by the laws of the State of Nevada.

12. This stipulation and order may be executed simultaneously in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

13. The persons signing this stipulation and order in a representative capacity acknowledge and warrant that they have full authority to do so.

IN WITNESS WHEREOF, the parties hereto have caused this stipulation and order to be executed and it shall become effective upon entry of the Order by U.S. Magistrate Judge William G. Cobb.

**Carson City:**

JASON WOODBURY
District Attorney

By: _____   Date: 7/9/15
JOSEPH L. WARD, JR.
Deputy District Attorney
Nevada Bar No. 1032
885 E. Musser St., Suite 2030
Carson City, Nevada 89701
*Attorneys for Carson City*

**Dan Ochsenschlager**

_____   Date: 7/7/15
Dan Ochsenschlager, Plaintiff

_____   Date: 7-6-15
Day R. Williams, Esq.
Nevada Bar No. 4418
1601 Fairview Dr. #C
Carson City, NV 89701-5860
*Attorney for Plaintiff Dan Ochsenschlager*

1
2  Natalia Vander Laan, Esq.
   1644 U.S. Hwy. 395, Ste D
3  Minden, NV 89423
   *Attorney for Plaintiff Dan Ochsenschlager*
4
5
6                              **ORDER**
7     IT IS SO ORDERED. The Second Amended Complaint is hereby dismissed with
8  prejudice.
9
                                    _____
10                                  UNITED STATES MAGISTRATE JUDGE
                                    WILLIAM G. COBB
11

Date: 7/8/15

Office of the District Attorney
Carson City, Nevada
885 East Musser St., Suite 2030, Carson City, Nevada 89701
Tel.: (775) 887-2070 Fax: (775) 887-2129